IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-221-FDW-DCK

| | |
|---|---|
| MICHAEL C. BIRCH and LISA M. BIRCH, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiffs, ) ) v. ) ) SWISHER HYGIENE, INC., STEVEN R. BERRARD, and MICHAEL KIPP, ) ) ) Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) filed by James P. McLoughlin, Jr. on May 8, 2012, concerning Jay B. Kasner. Mr. Kasner seeks to appear as counsel *pro hac vice* for Defendants Swisher Hygiene Inc., Steven R. Berrard, and Michael J. Kipp.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Kasner is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendants Swisher Hygiene Inc., Steven R. Berrard, and Michael J. Kipp.

Signed: May 9, 2012

David C. Keesler
United States Magistrate Judge