# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO.: 3:12-cv-216

| | | |
|---|---|---|
| NORMAN RUSSELL, Individually and on Behalf of All Other Persons Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| SWISHER HYGIENE, INC., STEVEN R. BERRARD, and MICHAEL KIPP, | ) ) ) | |
| Defendants. | ) ) ) | |

THIS MATTER is before the Court on the Consent Motion to Consolidate Related Cases. For good cause shown, the Motion is GRANTED. The Court orders as follows:

1.  The matters of *Birch v. Swisher Hygiene, Inc.,* No. 3:12-cv-221-FDW-DCK and *Cohen v. Swisher Hygiene, Inc.,* No. 3:12-cv-256-FDW-DSC are hereby consolidated with the instant matter, *Russel v. Swisher Hygiene, Inc.,* No. 3:12-cv-216-GCM.

2.  The consolidated matter is hereby assigned to Senior United States District Court Judge Graham C. Mullen because the *Russell* case was the first-filed.

3.  The consolidated matter is hereby referred to United States Magistrate Judge David C. Keesler.

IT IS SO ORDERED.

Signed: May 18, 2012

Graham C. Mullen
United States District Judge